# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Moon, Norman K. | Western District of Virginia | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (senior status) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

P. O. Box 657
Lynchburg, VA 24505

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Qualified Administrator | Estate of ▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Virginia Supplemental Retirement System (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moon, Norman K. | 05/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Virginia Supplemental Retirement System | $121,658.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moon, Norman K. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moon, Norman K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lynchburg, VA, Lot | | None | L | W | | | | | |
| 2. SunTrust Bank (Accounts), Lynchburg, VA | A | Interest | K | T | | | | | |
| 3. Wells Fargo (Accounts) Lynchburg, VA | A | Interest | | | Distributed | 11/25/14 | L | | See note in Part VIII |
| 4. BB&T (Accounts) Lynchburg, VA | B | Interest | | | Distributed | 11/25/14 | M | | See note in Part VIII |
| 5. Bank of America (Accounts) | A | Interest | L | T | | | | | |
| 6. BB&T Common Stock | C | Dividend | L | T | | | | | |
| 7. Exxon Mobil Common Stock | B | Dividend | K | T | | | | | |
| 8. Bristol Myers Squibb Common Stock | A | Dividend | K | T | | | | | |
| 9. Amherst County, VA property Parcel #1 | | None | | | Distributed | 11/16/14 | K | | See note in Part VIII |
| 10. Amherst County, VA property Parcel #2 | | None | | | Distributed | 11/16/14 | J | | See note in Part VIII |
| 11. Abbott Laboratories Common Stock | A | Dividend | J | T | | | | | |
| 12. Cisco Systems Common Stock | A | Dividend | K | T | | | | | |
| 13. Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 14. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 15. Disney Common Stock | A | Dividend | J | T | | | | | |
| 16. State Farm Life Insurance Policies | A | Dividend | K | T | | | | | |
| 17. Minnesota Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moon, Norman K. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. First Colony Life Insurance Policy | A | Dividend | J | T | | | | | |
| 19. Equitable Life Insurance Policy | A | Interest | | | Distributed | 11/16/14 | K | | See note in Part VIII |
| 20. Metropolitan Life Insurance Policy | A | Dividend | J | T | | | | | |
| 21. Life of Virginia Policy | A | Dividend | | | Distributed | 11/16/14 | M | | See note in Part VIII |
| 22. USAA Money Market Fund | A | Interest | K | T | | | | | |
| 23. Bank of the James (James River Bank)<br>(Accounts) | A | Interest | M | T | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moon, Norman K. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line ▮▮▮▮▮▮▮▮▮▮▮▮ died intestate on November 16, 2014. I am the qualified administrator of her estate. I renounced all interest in her estate, and all assets in this account passed directly ▮▮▮▮▮▮▮▮▮▮

2) Part VII, page 4, line 4: ▮▮▮▮▮▮▮▮▮ died intestate on November 16, 2014. I am the qualified administrator of her estate. I renounced all interest in her estate, and all assets in this account passed directly to ▮▮▮▮▮▮▮▮▮▮

3) Part VII, page 4, line 9: ▮▮▮▮▮▮▮▮▮, died intestate on November 16, 2014. I am the qualified administrator of her estate. I renounced all interest in her estate, and this property passed directly to ▮▮▮▮▮▮▮▮▮

4) Part VII, page 4, line 10: ▮▮▮▮▮▮▮▮▮, died intestate on November 16, 2014. I am the qualified administrator of her estate. I renounced all interest in her estate, and this property passed directly to ▮▮▮▮▮▮▮, ▮

5) Part VII, page 5, line 19: ▮▮▮▮▮▮▮▮▮ died intestate on November 16, 2014. I am the qualified administrator of her estate. The benefits of this policy were paid directly to ▮▮▮▮▮▮. (the named beneficiary).

6) Part VII, page 5, line 21: ▮▮▮▮▮▮▮▮▮ died intestate on November 16, 2014. I am the qualified administrator of her estate. The benefits of this policy were paid directly to ▮▮▮▮▮▮ (the named beneficiary).

| Name of Person Reporting | Date of Report |
|---|---|
| Moon, Norman K. | 05/06/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norman K. Moon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544